UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANN BOYNTON,

                        Plaintiff,                          **RULE 7.1 STATEMENT**

   -against-

OCCUPATIONS, INC. and
MUTUAL OF OMAHA INSURANCE COMPANY,

                        Defendants.
------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Mutual of Omaha Insurance Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

                                    NONE

Dated: September 28, 2007

                                      _____
                                      Charles T. Locke (CL6435)