UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANN BOYNTON,                         "ECF CASE"

        Plaintiff,

                                                            07 CIV. 8521 (SCR)(LMS)

-against-

OCCUPATIONS, INC. and MUTUAL OF
OMAHA INSURANCE COMPANY,

        Defendants.

CERTIFICATION

I hereby certify that a copy of the foregoing Answer was sent by first class mail, postage prepaid, on this 11th day of October, 2007 to the following:

        Christopher P. Foley, Esq.
        McCormick, Dunne & Foley
        Attorneys for Plaintiff
        61 Broadway, Suite 1030
        New York, New York 10006

        Occupations, Inc.
        Defendant
        15 Fortune Road West
        Middletown, New York 10941

        _____
        Charles T. Locke, Esq.
        (CTL 6435)