## McCormick Dunne & Foley

ATTORNEYS AND COUNSELORS AT LAW

61 Broadway – Suite 1030

New York, New York 10006-2730

212-363-1300

212-363-8762 (FAX)

Christopher P. Foley
cfoley@mdflawfirm.com

**RECEIVED NOV 21 2007 CHAMBERS OF STEPHEN C. ROBINSON U.S.D.J.**

**MEMO ENDORSED**

November 20, 2007

The Honorable Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:  Boynton v. Occupations, Inc., et al.
     Case No.: 07 CV 8521 (SCR)

Dear Judge Robinson:

   We represent plaintiff Ann Boynton in the above-referenced action, which seeks damages in relation to an alleged wrongful denial of long-term disability benefits under a plan controlled by the Employee Retirement Income Security Act of 1974 ("ERISA"). We write in reference to Your Honor's instruction to submit a proposed discovery plan and scheduling order by November 26.

   Like all ERISA "benefits due" cases, this case will <u>not</u> be tried to a jury, and none of the parties presently sees any need to join additional parties or amend the pleadings. Also, because this is an ERISA case, it is anticipated that discovery will be limited. Accordingly, in lieu of submitting a detailed plan, the parties request that a deadline of March 14, 2008 -- the date of our initial case management conference with Your Honor -- be set for all discovery.

   Additionally, in an effort to streamline the case, the parties have negotiated a stipulation pursuant to which defendant Occupations, Inc. is to be dismissed without prejudice. The original stipulation, signed by counsel for all parties, is enclosed.

USDC SDNY
DOC...
[illegible stamp]

APPLICATION GRANTED

*[signature]*

HON. STEPHEN C. ROBINSON
12/3/07

MCCORMICK DUNNE & FOLEY

                              Respectfully submitted,

                              MCCORMICK DUNNE & FOLEY

                      By: _____
                              Christopher P. Foley (CF 6079)

cc:    Charles T. Locke, Locke & Herbert LLP
       Robert R. Perry, Jackson Lewis LLP