# McCormick Dunne & Foley

ATTORNEYS AND COUNSELORS AT LAW

61 BROADWAY – SUITE 1030

NEW YORK, NEW YORK 10006-2730

212-363-1300

212-363-8762 (FAX)

CHRISTOPHER P. FOLEY
cfoley@mdflawfirm.com

RECEIVED
MAR 10 2008
CHAMBERS OF
STEPHEN C. ROBINSON
U.S.D.J.

March 6, 2008

The Honorable Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

## MEMO ENDORSED

Re: Boynton v. Occupations, Inc., et al.
    Case No.: 07 CV 8521 (SCR)

Dear Judge Robinson:

We represent plaintiff Ann Boynton in the above-referenced action, which respect to which an initial case management conference is presently scheduled for March 14.

We are pleased to report that the action was settled this afternoon. Accordingly, we would respectfully request that the conference be cancelled, and that the parties be given thirty (30) days to prepare and file closing papers.

Respectfully submitted,

McCormick Dunne & Foley

By: _____
Christopher P. Foley (CF 6079)

cc: Charles T. Locke, Locke & Herbert LLP

**APPLICATION GRANTED**

_Stephen C Robinson_   3/12/08

HON. STEPHEN C. ROBINSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: