*Robinson, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANN BOYNTON,

                Plaintiff,

-against-

OCCUPATIONS, INC. and MUTUAL OF
OMAHA INSURANCE COMPANY,

                Defendants.

"ECF CASE"

07 CV 8521 (SCR)(LMS)
*Partial*
**STIPULATION
DISCONTINUING
ACTION** *as to
Mutual of Omaha Ins. Co.*

---

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, the attorneys of record for the defendant, Mutual of Omaha Insurance Company, and the attorney of record for the plaintiff, Ann Boynton, to the above entitled action, the above-entitled action be, and the same hereby is, discontinued with prejudice, without costs to any party as against another. This Stipulation may be filed without further notice with the Clerk of the Court.

**NOTE:**    This action was previously discontinued by stipulation without prejudice as against defendant Occupations, Inc.

Dated: New York, New York
         March *18*, 2008

LOCKE & HERBERT LLP

By: _____
    Charles T. Locke (CL 6435)

Attorneys for Defendant
Mutual of Omaha Insurance Company
1114 Avenue of the Americas
New York, New York 10036
(212) 935-8787

McCORMICK DUNNE & FOLEY

By: _____
    Christopher P. Foley (CF 6079)

Attorneys for Plaintiff
Ann Boynton
61 Broadway, Suite 1030
New York, New York 10006
(212) 363-1300

SO ORDERED

Dated: 4/2/08

*Stephen C. Robinson*
USDJ

SO ORDERED

_____
U.S.D.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: